United States District Court
Southern District of Texas
**ENTERED**
April 03, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| Ramon ROSAS GOMEZ, <br> Plaintiff, <br><br> v. <br><br> William P. BARR, et al <br> Respondents. | No. 4:19-cv-00079 |

## ORDER GRANTING DISMISSAL

The parties agreed motion for dismissal of the original complaint for writ of mandamus is hereby granted.  This case is dismissed without prejudice to either party as the immigration benefit sought by Plaintiff has been adjudicated and granted by Defendant upon the filing of this Suit.

It is so ordered.

Signed this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE